22-7380-AFF

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Errol C. Flynn, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I have been employed as a Special Agent of Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI") since 2006. I am currently assigned to the Office of the Special Agent in Charge in Boston, Massachusetts. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. Specifically, I received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program. I have received additional training courses related to investigations involving trafficking in persons, including sex trafficking and other trafficking offenses. As a federal agent with HSI, I am authorized to investigate violations of United States laws, including but not limited to violation of 18 U.S.C. § 1591(a)(1), and to execute warrants issued under the authority of the United States.

2. I have participated in investigations of human trafficking, human smuggling, alien harboring, border violations, drug and firearm trafficking, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. I have debriefed, and continue to debrief, defendants, informants, and witnesses who have personal knowledge about human trafficking, including sex trafficking, and other crimes occurring in Massachusetts, nationally, and abroad.

3. Based on my training and experience, I am familiar with the methods, routines, and trends in sex trafficking, including methods used by sex traffickers to acquire, conceal, and launder proceeds of these crimes. I am also familiar with the methods that sex traffickers (colloquially

known as "pimps") use to recruit, entice, transport, harbor, smuggle, and arrange for victims to participate in commercial sex acts for the pimps' financial benefit.

4. This affidavit is submitted in support of a criminal complaint charging LEON BLOUNT III (hereinafter, "BLOUNT") with Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1).

5. As described below, there is probable cause to believe that between in or around October 2021 and on or about September 23, 2022, BLOUNT recruited, enticed, harbored, transported, provided, obtained, and maintained an adult female victim who was in her early twenties (hereinafter "Jane Doe 1") to engage in commercial sex acts knowing or in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause Jane Doe 1 to engage in a commercial sex act. In summary, BLOUNT caused Jane Doe 1 to perform commercial sex acts for sex buyers in exchange for money he kept and did so by using a pattern of threats of violence, actual violence, fraud and coercion, as defined in 18 U.S.C. § 1591(e)(2). BLOUNT trafficked Jane Doe 1 in Massachusetts, New York, and Connecticut.

6. This affidavit is based on my personal investigation and investigation by others, including federal and state law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by conferring with witnesses, other law enforcement officers and examining evidence obtained in the course of the investigation as well as through other means. This affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## STATEMENT OF PROBABLE CAUSE

Missing Person Report Identifies Victims of BLOUNT's Trafficking Operation.

7. This federal investigation began when I received a report that a 17-year-old female

(hereinafter, "Jane Doe 2") and an 18-year-old female (hereinafter, "Jane Doe 3") were missing from a group home for transitional age adolescents in Lowell, Massachusetts (hereinafter, the "group home"). In August 2022, a member of the Lowell Police Department ("LPD") contacted HSI regarding a report of the two missing females. A group home staff member had contacted police after Jane Doe 2 and Jane Doe 3 left the group home and did not return by curfew. The staff member informed LPD that Jane Doe 2 and Jane Doe 3's respective social media accounts contained photos depicting the victims wearing revealing and provocative clothing. In an attempt to contact the victims, a staff member contacted one of Jane Doe 3's family members. This family member told group home staff that both Jane Doe 2 and Jane Doe 3 had frequently stayed in hotels in Connecticut and New York during the time they were absent from the group home.

8. LPD officers and HSI agents attempted to contact the Jane Doe 2 and Jane Doe 3. Group home staff gave LPD the cell phone numbers for both victims. Other HSI employees and I searched law enforcement databases and conducted open-source searches for information regarding these cell phone numbers. During an open-source query, I located an advertisement on MegaPersonals.eu that listed the telephone number associated with Jane Doe 2, who was then 17 years old.

9. Based on my training and experience participating in sex trafficking investigations, I know that MegaPersonals.eu is a website which contains advertisements for commercial sex acts. The person advertising commercial sex acts provides information, including header text, a summary of commercial sex acts that the poster may perform, and identifies the location where the person performing the commercial sex acts is located. MegaPersonals.eu advertisements typically include photos of the person who will perform the commercial sex act, or a photo designed to attract the attention of potential sex buyers.

10. The MegaPersonals.eu advertisement listing the telephone number associated with Jane Doe 2 was posted to the website on August 3, 2022. I reviewed the photo associated with the advertisement and found that it depicts a female who strongly resembled Jane Doe 2. I made this comparison by reviewing the photos on the advertisement and a known photo of Jane Doe 2. Ultimately, I found three MegaPersonals.eu prostitution advertisements listing Jane Doe 2's cell phone number. These advertisements were posted between August 3, 2022, and August 4, 2022.

<u>Undercover Agent Posed as a Sex Buyer to Try to Locate and Recover Jane Doe 2.</u>

11. On August 8, 2022, an undercover agent attempted to contact Jane Doe 2. The undercover agent sent a text message to the cell phone number listed on a MegaPersonal.eu advertisement depicting Jane Doe 2. During the ensuing text message conversation, the person using Jane Doe 2's cell phone number asked the undercover agent, "are u a police officer or affiliated with any law enforcement"?[1] The undercover agent continued to send text messages to try to arrange a meeting with Jane Doe 2. The person using Jane Doe 2's cell phone number wrote, "im available qv 130, hh 200, hr 300." Based on my training and experience participating in sex trafficking investigations, I know that "qv" means "quick visit," and in context, "130" is a reference to the amount of money a sex buyer would have to pay for a "quick visit" (i.e., $130). Also based on my training and experience, "hh" stands for a "half hour" commercial sex act that costs $200. The term "hr" is an abbreviation for a one-hour commercial sex encounter (i.e., one hour of commercial sex acts for $300).

---

[1] Based on my training and experience, I know that traffickers (i.e., pimps) will often direct their victims to ask potential sex buyers if they are police officers or affiliated with law enforcement. This is one of the methods traffickers use to try to insulate themselves from detection by law enforcement.

12. The undercover agent responded to the person using Jane Doe 2's cell phone number, indicating that the agent wanted to arrange a "qv." However, the person using Jane Doe 2's cell phone number did not respond.

<u>Lowell Police Recovered Jane Doe 2 and Jane Doe 3 from Jane Doe 1's Lowell Residence.</u>

13. On August 8, 2022, a group home employee reported to LPD that he/she believed that Jane Doe 2 and Jane Doe 3 were staying at a specific multi-unit residence in Lowell, Massachusetts (hereinafter, the "Lowell residence").[2] Through subsequent investigation, I later learned that this was Jane Doe 1's residence. The group home employee stated that earlier in the day, Jane Doe 2 used her cell phone's GPS function to share her location with another group home resident. As a result, LPD officers went to the Lowell residence to recover Jane Doe 2 and Jane Doe 3. When they arrived, LPD officers observed that the Lowell residence was a multi-unit dwelling, so officers began knocking on doors of the various apartments at that address in an attempt to locate the victims. After several minutes of knocking on a door identified as 18A, Jane Doe 2 came out of the door and was reunited with a group home staff member. An LPD officer asked Jane Doe 2 whether Jane Doe 3 was also in the apartment, but Jane Doe 2 stated that Jane Doe 3 was not present. After remaining at the residence for several minutes, Jane Doe 2 re-entered the apartment. Then, after approximately one minute, both Jane Doe 2 and Jane Doe 3 exited the apartment through the door marked as 18A.

14. Both Jane Doe 2 and Jane Doe 3 refused to speak with law enforcement. A LPD officer noted that Jane Doe 2 and Jane Doe 3 appeared to be frightened, and Jane Doe 2 immediately used her cell telephone to call someone. Jane Doe 2 and Jane Doe 3 were transported

---

[2] I know the full address of the Lowell residence. However, to protect the victims' privacy, I have omitted the street name and building number.

to Lowell General Hospital.

Law Enforcement Officers Met with Jane Doe 2 and Jane Doe 3 at the Hospital.

15. LPD officers and HSI agents met with Jane Doe 2 at Lowell General Hospital. Jane Doe 2 was alert and willing to speak with law enforcement. Jane Doe 2 denied being sexually exploited after leaving the group home. Jane Doe 2 agreed to permit HSI agents to search her cell phone and signed a consent to search form.

16. LPD officers and HSI agents also met with Jane Doe 3 at Lowell General Hospital. Jane Doe 3 was alert and willing to speak with law enforcement. Jane Doe 3 also denied being sexually exploited after leaving the group home. She indicated that she was with Jane Doe 2 the entire time and that they were safe.

Law Enforcement Officers Identified Jane Doe 1.

17. While LPD officers were at the Lowell residence trying to recover Jane Doe 2 and Jane Doe 3, they saw a key in the mailbox for Unit 18A, the apartment where officers found Jane Doe 2 and Jane Doe 3. LPD officers linked the key to a vehicle with a specific Massachusetts license plate number and through a search of Massachusetts Registry of Motor Vehicles database, they determined that the car was registered to Jane Doe 3 at the Lowell residence. Also at the Lowell residence, an LPD officer saw an envelope addressed to Jane Doe 3. An LPD officer spoke with a neighbor who lives near the Lowell residence. That neighbor indicated that several men and women live at the Lowell residence. The neighbor also stated that a tall black man usually drives the vehicle that officers had determined was registered to Jane Doe 1. Based on my review of a Dracut Police Department report that contains a photo of BLOUNT, I know that BLOUNT is an African American man who is approximately 6 feet tall.

Dracut Police Previously Arrested BLOUNT While Driving With Jane Doe 2 and Jane Doe 3.

18. As part of this investigation, I searched Massachusetts Registry of Motor Vehicles records for the license plate number assigned to Jane Doe 1's car. From that search, I found that on several occasions on August 3, 2022, a Dracut Police Department ("DPD") employee conducted a query of the license plate number registered to Jane Doe 1. Accordingly, I contacted DPD and learned that on August 3, 2022, at approximately 8:15 p.m., a DPD officer stopped a car that was registered to Jane Doe 1 and identified the driver as LEON BLOUNT III, year of birth 1992, of Boston, Massachusetts. At the time of the traffic stop, based on a record review, the DPD officer learned that BLOUNT did not possess a valid driver's license. In fact, records indicated that BLOUNT had an active warrant issued by the Woburn District Court. As a result, a DPD officer arrested BLOUNT and transported him to the Dracut Police station to be processed and booked.

19. During the booking process, a DPD officer searched BLOUNT for weapons and contraband. During that search, the officer found a wallet that contained $7.00. In a separate pocket, a DPD officer found eleven $20 bills, totaling $220. The DPD officer noted that the bills were crisp and appeared to have been recently withdrawn from an ATM or bank.

20. The DPD arresting officer stated that during the arrest, there were three females in the car. One of the females gave officers a Massachusetts identification card, identifying herself as an adult (hereinafter, "Person-1") from Dorchester, Massachusetts.[3] A DPD officer stated that the other two females refused to identify themselves. The DPD officer indicated that both unidentified persons were young African American females, one of whom had long black hair in braids or dreadlocks. The other female had long black and distinctly blond hair in braids or

---

[3] To protect Person 1's privacy, I have omitted Person 1's true name.

dreadlocks. The DPD officer stated he would be able to identify the females if he saw them again.

21. In August 2022, the DPD officer who arrested BLOUNT reviewed a copy of a MegaPersonals.eu advertisement that was posted on August 2, 2022. This advertisement contains 6 photos. Some of the photos depict one female, while others depict as many as three different females. Jane Doe 1, Jane Doe 2, Jane Doe 3, and Person-1 are depicted in some of these photos. The DPD officer stated that he recognized the females depicted in one of these photos. Specifically, he identified Jane Doe 2, Jane Doe 3, and Person-1. He indicated that they were the females who were in the vehicle (which was registered to Jane Doe 1) when he arrested BLOUNT.

<u>On September 23, 2022, BLOUNT Beat and Severely Injured Jane Doe 1.</u>

22. On September 23, 2022, LPD received a call for service and responded to Jane Doe 1's apartment at the Lowell residence. When officers arrived, they found that Jane Doe 1 was injured. Jane Doe 1 had visible bruising on her body and a red eye.

23. An officer interviewed Jane Doe 1. She disclosed that BLOUNT had assaulted her and she identified him as her boyfriend. Jane Doe 1 told officers that BLOUNT tried to break into her apartment through a front window. Jane Doe 1 said she tried to escape and exited the front door. Jane Doe 1 went to her car to try to leave the scene, but BLOUNT thew a rock at her car, hitting the driver's side window and causing the side window to shatter and break. BLOUNT then tried to remove Jane Doe 1 from the car. As he was pulling her out of the car, Jane Doe 1 had her keys in her hand. Attached to her keychain was a bottle of pepper spray. BLOUNT removed the keychain from Jane Doe 1's hand and sprayed the pepper spray in her face, focusing on her left eye. Jane Doe 1 again attempted to escape. However, when attempting to flee, BLOUNT got into the driver's seat of the car, started car's engine and drove it towards Jane Doe 1. In so doing, one of the car's wheels ran over Jane Doe 1's right ankle. Nevertheless, Jane Doe 1 was able to return

to the Lowell residence and lock the front door. BLOUNT parked the car and tried to get into the Lowell residence, kicking the front door with his foot several times. As this occurred, Jane Doe 1 and others went to a second-floor apartment and secured the door for safety. After failing to open the front door, BLOUNT forced open a front window and climbed through it into the first floor of the Lowell residence. BLOUNT tried to enter the second-floor apartment but was unsuccessful. BLOUNT then left the residence and drove away from the area in Jane Doe 1's car.

24. Shortly thereafter, an ambulance took Jane Doe 1 to Lowell General Hospital. At the hospital, a doctor determined that Jane Doe 1's right ankle was fractured as a result of BLOUNT driving over it with Jane Doe 1's car.

25. While an LPD officer was conducting a follow-up interview with Jane Doe 1 at the hospital, the officer observed that Jane Doe 1 was receiving calls on her cell phone. Jane Doe 1 told the officer that BLOUNT had called Jane Doe 1's cell phone from an unknown cell phone number. During one of these calls, an LPD officer overheard the conversation between Jane Doe 1 and BLOUNT. The officer heard BLOUNT threaten Jane Doe 1 stating, "You thought it was over, I'm gonna get you bitch."

Jane Doe 1 Disclosed That BLOUNT Caused Her to Engage in Commercial Sex Acts.

26. Beginning in late September 2022, Jane Doe 1 disclosed information regarding BLOUNT's trafficking activity. HSI agents interviewed Jane Doe 1 as she was recovering from the broken ankle she suffered during BLOUNT's attack.[4] During the interview, Jane Doe 1 said she first met BLOUNT approximately one year ago. Initially, they were in a long-distance

---

[4] The following is a summary of information that Jane Doe 1 provided. It is neither a verbatim transcript nor a complete recitation of the information she disclosed.

relationship as he temporarily resided in or around Houston, Texas. However, Jane Doe 1 indicated that she and BLOUNT would talk daily. After about two months, BLOUNT returned to Massachusetts, and they would see each other regularly.

27. Jane Doe 1 stated that after they had been dating for a few weeks, BLOUNT suggested that Jane Doe 1 create an OnlyFans.com account so they could create pornographic videos, post the videos to the Onlyfans.com website, and charge people money to view them.[5] Jane Doe 1 told agents that at first, she did not want to make pornographic videos that would be posted on OnlyFans.com. However, she indicated that BLOUNT really wanted her to; he explained that it would be a quick way to make money. As a result, Jane Doe 1 indicated, she and BLOUNT had consensual sexual intercourse. And at BLOUNT's direction, they video-recorded these encounters and Jane Doe 1 uploaded the videos to OnlyFans.com. BLOUNT instructed Jane Doe 1 not to touch the money associated with the OnlyFans.com account.

28. Jane Doe 1 indicated that in approximately January 2022, she and BLOUNT went to New York. Prior to this trip, BLOUNT asked Jane Doe 1 if someone could watch Jane Doe 1's children for a couple of days, indicating that he wanted to take her away on a vacation. Jane Doe 1 said she was excited to be with BLOUNT and away from home for a couple of days. Jane Doe 1 stated that she and BLOUNT traveled to New York City and did a lot of tourist activities, including shopping.

29. On the second day of the trip, BLOUNT told Jane Doe 1 that they were not making enough money by posting videos on OnlyFans.com. As a result, BLOUNT explained, he wanted Jane Doe 1 to walk the "hoe stroll" and perform commercial sex acts. Jane Doe 1 said she was not

---

[5] OnlyFans.com is an internet content subscription service based in the United Kingdom. The online platform enables content-creators to load videos and charge people to view the content.

comfortable with BLOUNT's plan and did not want to do it. BLOUNT told Jane Doe 1 he could post advertisements online and Jane Doe 1 could use the hotel room to have sex with sex buyers in exchange for money. Jane Doe 1 indicated that BLOUNT made it sound glamorous, and like a one-time thing. When Jane Doe 1 hesitated or questioned BLOUNT about the plan for her to perform commercial sex acts, he told her if she did not want to do it, he would find another girl who would do it. As a result, this time Jane Doe 1 submitted to BLOUNT's plan to post advertisements and perform commercial sex acts in the hotel room.[6]

30.    Jane Doe 1 told agents that when she and BLOUNT returned to Massachusetts, she continued performing commercial sex acts. BLOUNT would post online prostitution advertisements and Jane Doe 1 would perform sex acts for sex buyers at local hotels. Jane Doe 1 indicated that BLOUNT set the prices to be charged for the sex acts and picked the locations where they would occur. Jane Doe 1 said BLOUNT received all the money from the sex acts.

Jane Doe 1 Disclosed Information About BLOUNT's Use of Force, Fraud, and Coercion.

31.    During sessions in October 2022, Jane Doe 1 provided additional information about BLOUNT's attack on September 23, 2022.[7] Jane Doe 1 clarified that prior to the attack, she had decided that she wanted to get away from BLOUNT and stop performing commercial sex acts for his financial benefit.

32.    Jane Doe 1 explained her plan for trying to leave BLOUNT and how it ultimately led him to attack her and drive over her ankle. She indicated that BLOUNT previously told her that there were rules governing their relationship. According to BLOUNT, these were rules that

---

[6] Jane Doe 1 has also stated that the first commercial sex act that she performed at BLOUNT's direction occurred at a hotel in Woburn, Massachusetts.

[7] The following is a summary of information that Jane Doe 1 provided. It is neither a verbatim transcript nor a complete recitation of the information she disclosed.

governed all pimps and prostitutes. According to BLOUNT, one of these rules stated that a prostitute could leave the control of a pimp only under certain circumstances. For example, BLOUNT told Jane Doe 1 that a pimp must relinquish his control of a prostitute if another pimp appears and claims the prostitute. Jane Doe 1 told agents that on September 23, with that rule in mind, she tried to make BLOUNT believe that another pimp had claimed her, which would allow her to escape BLOUNT's control.

33. To that end, Jane Doe 1 explained that she contacted a friend who she asked to pose as her new pimp. She told the friend that he had to confront BLOUNT and claim to be Jane Doe 1's new pimp. Jane Doe 1 and the friend then drove to Jane Doe 1's apartment at the Lowell residence and the friend called BLOUNT. The friend tried to confront BLOUNT. However, BLOUNT did not appear to believe that the friend was another pimp. Jane Doe 1 indicated that BLOUNT overpowered her friend and tried to force Jane Doe 1 out of her car, which was parked near the Lowell residence. At some point during the altercation, BLOUNT broke one of the car's windows, tried to pull Jane Doe 1 from the car, and sprayed her in the face with her own pepper spray. Then, BLOUNT got into the driver's seat, started the engine, and as Jane Doe 1 tried to escape the car, BLOUNT drove over her ankle. During this subsequent interview, Jane Doe 1 told agents that after receiving medical care at the Lowell General Hospital and returning to her apartment, she observed that BLOUNT had re-entered her apartment and had used a marker to write "Your [sic] Note [sic] Safe" and "Bitch ya not safe" on several walls in the apartment.[8]

34. Video surveillance footage from Jane Doe 1's Lowell residence corroborates her description of BLOUNT's attack on September 23. Among other things, the recordings depict:

---

[8] Based on information provided by a LPD officer, I learned that a person interviewed in connection with an unrelated crime told law enforcement that Jane Doe 1 told him/her that Jane Doe 1's neighbor was responsible for the September 23 attack on Jane Doe 1.

(1) Jane Doe 1's two male friends confronting BLOUNT outside of the apartment; (2) BLOUNT, the two male friends, and Jane Doe 1 walking out of view; (3) the two male friends, one of whom was carrying Jane Doe 1's minor child, running back to the Lowell residence; (4) Jane Doe 1 limping back to the Lowell residence; (5) BLOUNT returning to the front porch of the residence, and attempting to kick in the front door and climb into the building through an open window; (6) the police arriving and Jane Doe 1 being taken out of the residence by paramedics; (7) BLOUNT returning to the Lowell residence after police had departed; and (8) BLOUNT exiting the Lowell residence, departing in Jane Doe 1's vehicle, and driving past the residence several times.

35. In October 2022, Jane Doe 1 also disclosed additional information regarding how BLOUNT used force, threats of force, fraud, and coercion to cause her to continue engaging in commercial sex acts for his financial benefit. Jane Doe 1 described an incident during which she sent texts to a friend indicating that she was unhappy with her current situation with BLOUNT. Subsequently, Jane Doe 1 fell asleep. After she fell asleep, BLOUNT read her text messages and she was awakened by BLOUNT throwing her cell phone and hitting her in the head with it. BLOUNT then slapped Jane Doe 1 and indicated that he would hurt her if she ever left him.

Jane Doe 2 Disclosed How BLOUNT Ran His Trafficking Operation.

36. In November 2022, Jane Doe 2 disclosed information about BLOUNT's trafficking operation. She indicated that in July 2022, she and Jane Doe 3 were walking back to the group home when BLOUNT and another male approached and began talking to them. During this first meeting, BLOUNT entered his telephone number in Jane Doe 2's phone under the contact "Breezy."

37. Later that day, Jane Doe 2, Jane Doe 3, and BLOUNT hung out in Lowell. BLOUNT supplied alcohol and marijuana, and the three drove around town in BLOUNT's car.

During this and later sessions, BLOUNT told Jane Doe 2 and Jane Doe 3 about how they could make money and live a luxurious lifestyle. However, BLOUNT did not disclose his plan to have them engage in prostitution.

38. A few days later, Jane Doe 2 met with BLOUNT again. This time, Jane Doe 3 was not present, but Jane Doe 1 joined them. During this session, BLOUNT told Jane Doe 2 that he wanted to take her to New York to engage in prostitution. Jane Doe 1 was part of this conversation, explaining some of the mechanics of the sex trade. Jane Doe 2 was reluctant and said she wanted to wait until Jane Doe 3 could join.

39. As planned, Jane Doe 3 returned a few days later, and the group—BLOUNT, Jane Doe 1, Jane Doe 2, and Jane Doe 3—traveled from Massachusetts to New York City to engage in prostitution.[9] BLOUNT drove and they stayed at hotel in New York. BLOUNT directed Jane Doe 2 and Jane Doe 3 to walk "the Blade," which is a street or area in Brooklyn where victims engage in street-based prostitution with sex buyers who approach in cars or on foot.

40. Text messages from Jane Doe 2's cell phone corroborate her description of BLOUNT's trafficking operation. Between on or about July 20, 2022, and July 31, 2022, there are texts between Jane Doe 2 and BLOUNT in which they discuss Jane Doe 2's presence on the Blade and the amount of money she has made performing commercial sex acts for sex buyers in that area. The texts also show BLOUNT directing Jane Doe 2 to specific locations around this area of Brooklyn that is known for prostitution activity.

41. A group text conversation obtained from Jane Doe 2's phone also corroborates Jane Doe 1 and Jane Doe 2's descriptions of BLOUNT's trafficking operation. The group text

---

[9] At all times relevant, Jane Doe 2 was under the age of 18.

conversation includes BLOUNT, Jane Doe 1, Jane Doe 2, Jane Doe 3, and another adult female ("Person 2"). For example, on or about August 2, 2022, BLOUNT wrote to the group: "Whose [sic] with hitting the blade in Boston. Whose [sic] willing to step it up w/ me." Records from the Crown Plaza Hotel in Woburn, Massachusetts, indicate that BLOUNT rented a room at that hotel between on or about August 1 and 2, 2022.

42. A text message from BLOUNT to Jane Doe 2 and corresponding hotel records indicate that BLOUNT took his trafficking operation to Connecticut on or about August 7, 2022. On that date, BLOUNT sent Jane Doe 2 a text containing the address for the Hartford Marriott Downtown in Hartford, Connecticut. Hotel records indicate that on that same day, there was a room rented at the hotel under Jane Doe 1's name.

## CONCLUSION

43. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging LEON BLOUNT III with Sex Trafficking by Force, Fraud, or Coercion, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

ERROL C FLY[digitally signed by ERROL C FLY Date: 2022.12.29 17:19:19 -05'00']
_____
Errol C. Flynn, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by phone, on this 29th day of December 2022,
at Boston, MA.

_____
HONORABLE JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE

